IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**STEVEN ROSE**, as personal representative of the Estate of Richard Rose,

Plaintiff,

v.

**STATE OF OREGON**, by and through the Oregon Department of Corrections,

Defendant.

Case No. 2:22-cv-00923-HL
**VERDICT FORM**

We, the jury, being first duly impaneled and sworn in the above-entitled cause, do find as follows:

### Claim One – Wrongful Death – Negligence

1. Did Plaintiff prove by a preponderance of the evidence that the State of Oregon, through the actions or inaction of any of its employees, was negligent in one or more of the ways Plaintiff claims?



Yes_____   No  ✓

If you answered "yes" to question 1, please answer question 2. But if you answered "no" to question 1, do not answer any more questions. Please have the foreperson sign and date this form and return the form to the Court Clerk.

///

///

Page 1 - VERDICT

2. Did Plaintiff prove by a preponderance of the evidence that the State of Oregon's negligence was a cause of damage to Richard Rose?

Yes_____ No_____

If you answered "yes" to question 2, please answer question 3. But if you answered "no" to question 2, do not answer any more questions. Please have the foreperson sign and date this form and return the form to the Court Clerk.

3. What damages, if any, did Plaintiff prove by a preponderance of the evidence were caused by Defendant?

$ _____ Noneconomic Damages

You have completed your consideration of Plaintiff's claims. Please have the foreperson sign and date this form and return the form to the Court Clerk.

DATED this __1__ day of __August__, 2024

_____
Presiding Juror